UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GULF STATES REAL ESTATE SERVICES OF LOUISIANA, LLC<br><br>VERSUS<br><br>DOMINION CENTRE, LLC; NEVE YESUSHALAYIM NEW ORLEANS HOLDING, LLC; & GIROD STREET, LLC | CIVIL ACTION<br><br>NO. 09-08088<br><br>JUDGE A. J. MCNAMARA<br><br>MAGISTRATE KAREN WELLS ROBY |

**STATEMENT IN COMPLIANCE WITH UNIFORM LOCAL RULE 5.6E**
**CORPORATE DISCLOSURE**

| | |
|---|---|
| GIROD STREET, L.L.C.<br>NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION | PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK |
| PARENT CORPORATIONS | N/A |
| PERS Holding Company Limited, L.L.C. | |
| Date: March 9, 2010 | Michael B. DePetrillo<br>Attorney<br><br>31130<br>Bar Roll Number<br><br>201 St. Charles Avenue, 49th Floor<br>Address<br><br>New Orleans, LA 70130 |

TO BE FILED IN DUPLICATE IN THE CLERK'S OFFICE

{N2122533.1}CHAR2\1233012v1